IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.: **CR-3-11-173** |
| -Vs- | : | |
| | : | |
| **Walkup, Matthew** | | |
| Defendant. | | |

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

The Court ORDERS the conditions of release filed in this case on December 21, 2011, be modified to include the following condition: *Participate in the home confinement program through electronic monitoring under the direction of the U.S. pretrial Services Office.*

SO ORDERED.

March 14, 2012
Date

Honorable Michael J. Newman
United States Magistrate Court

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office

rev. (06-08-98)