# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON


UNITED STATES OF AMERICA,

|  |  |  |
|---|---|---|
| Plaintiff(s), | : | Case No. 3:11-po-173 |
| - vs - |  | Magistrate Judge Michael J. Newman |
| MATTHEW WALKUP, |  |  |
| Defendant(s). | : |  |

---

## ORDER REVOKING BOND

---

This case came on for hearing on Friday, March 16, 2012, pursuant to 18 U.S.C. § 3148 upon report from the Pretrial Services Officer Kelvin Gover that Defendant had violated conditions of his release.

Defendant admitted the violations of the conditions of his release.

Accordingly, his bond is ordered revoked and Defendant Matthew Walkup is ordered committed to the custody of the Attorney General of the United States.


March 16, 2012

s/ **Michael J. Newman**
United States Magistrate Judge